IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EVA LUZ COLON BERRIOS

XXX-XX-3473

Debtor(s)

CASE NO. 09-07482 ESL

Chapter 13

**FILED & ENTERED ON 08/01/2011**

## ORDER AND NOTICE

The confirmation hearing of plan dated 11/9/09 is hereby scheduled for 8/31/2011 at 2:00 P.M., at the US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR, 2ND FLOOR COURTROOM 2, 300 RECINTO SUR, SAN JUAN, PUERTO RICO.

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 1st day of August, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors